```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

JOE HENRY SCOTT, III,               :

    Plaintiff,                     :

vs.                                 : CIVIL ACTION 09-00676-WS-B

WALTER MYERS, *et al.*,             :

    Defendants.                    :


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 6th of April, 2010.

                      s/ WILLIAM H. STEELE
                      CHIEF UNITED STATES DISTRICT JUDGE